UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE GROSS, JR. | CIVIL ACTION |
| VERSUS | NO. 18-4871 |
| DARREL VANNOY, WARDEN | SECTION "A"(4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge (Rec. Doc. 17), and the Objection to the Chief Magistrate Judge's Report and Recommendation (Rec. Doc. 18), hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that Willie Gross, Jr's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE